UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PILLAR TITLE AGENCY, et al.,
    Plaintiffs,

v.

    Case No. 2:14-cv-00525
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

PEI, et al.,
    Defendants.

### ORDER

This matter came before the Court on Monday, July 7 at 2:00 p.m. for a conference pursuant to S.D. Ohio Civ. R. 65.regarding Plaintiffs' motion for injunctive relief. Doc. 3. For the reasons discussed on the call, Plaintiffs' motion for injunctive relief is **DENIED** without prejudice to re-filing in the event of new information as to the alleged harm.

**IT IS SO ORDERED.**

7-7-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE