Case: 2:14-cv-00525-EAS-TPK Doc #: 12-1 Filed: 08/22/14 Page: 1 of 1  PAGEID #: 53



Ex. A

Profile Home   Lists   Reviews   Compliments   Friends   Bookmarks   Events

## Richard P.'s Profile

0 Friends
1 Review
1 First

Review votes:
1 Useful, 0 Funny, and 0 Cool

**Location**
Columbus, OH

**Yelping Since**
March 2014

Flag this profile

### Recent Reviews  *1 Review*

Sort by: ▸ Date
Filter by: ▸ Location   ▸ Category

**Pillar Title Agency**
Neighborhood: Clintonville

3857 N High St Ste 300
Columbus, OH 43214
(614) 268-0337

 3/9/2014

This complaint is about Mr. James Blazek who took advantage of my lack of legal knowledge, manually modified our original contract without my consent and falsely took my money of over $20,000. Be careful about this dishonest lawyer!

My name is Richard. I hired Mr. James Blazek as my attorney in late November 2011, for a "simple case" (as Mr. Blazek always described) that one of my bank accounts frozen by FBI. At the beginning Mr. Blazek estimated the total cost of his legal service was about $4000 all inclusive (including fees of printing, mailing, tax-reporting on my behalf, and consulting other lawyers and CPAs etc). I agreed and we had an oral agreement that Mr. Blazek would charge me at an $200 hourly rate. After our first meeting with FBI on November 30th 2011, Mr. Blazek asked me to transfer my other bank's money to his trust account, claiming that he could protect my other money from being frozen by FBI, which I did. From December 2011 to April 2012 the prime time of his representing we didn't have a written contract. I was naive enough to trust Mr. Blazek's integrity and believe that an oral agreement is legally enough. Until April 2012 when my FBI case was nearly settled and the rest was waiting for my funds to be returned from the government, Mr. Blazek suddenly asked me to sign the contract we should have signed 4 months ago. The contract contained two pages. The first page had an hourly rate of $200 and our signature was on the second page. Somehow he didn't give me a copy of the signed contract which later proved to be his "strategy". When the government returned my funds in July 2012, Mr. Blazek suddenly showed me a contract with some hand-modified terms on the first page that I did not recognize at all, and my signature was still on the second page. According to this faked contract, he charged me on a contingency term of 20% of the funds returned. He was greedy enough to even include the money I deposited into his trust account in the "funds returned", which totaled about $28,000. He refused to return my money from his trust account unless I agreed.

I have argued with him but he threatened me with hard words. Without the proof of the original contract I have to be silent until I got help from another lawyer in another state. I filed the grievance to Columbus Bar Association. However in despite of the obvious lies Mr. Blazek made to me, to CBA, and even to Supreme Court, my grievance was dismissed. I don't know where else to get help and to seek justice. I'd like to share my experience with you readers. I can be reached at richardp20112012@gmail.c...

Bookmark    Send To A Friend    Link to This Review

Richard has no friends.

**No Lists**

Richard hasn't made any lists yet.

Recent reviews by Richard P.

**Pillar Title Agency**
Columbus, OH

 3/9/2014

This complaint is about Mr. James Blazek who took advantage of my lack of legal knowledge, manually modified our original contract without my consent and falsely took my money of over $20,000. Be… Read Full Review

I want this bling on my blog »

### About
About Yelp
Yelp Blog
Press
Investor Relations
Terms of Service
Privacy Policy
Ad Choices

### Help
FAQ
Advertise
Content Guidelines
Contact Yelp
Business Support
Developers

### More
Careers
Yelp Mobile
The Weekly Yelp
Yelp SeatMe
RSS
Top Searches

### Languages
English

### Countries
United States

Site Map   Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland
Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

http://www.yelp.com/user_details?userid=JdK3vTrYZj1UL2A_cvp6VA      1/2