City-Data.com

| City-Data Forum > U.S. Forums > Ohio | User Name: User Name ☑ Remember Me |
| cheated by lawyer, Mr. Jay Blazek, need advice from a helpless student (Columbus: 2013) | Password [ ] Log in [Register] |

**Please register** to participate in our discussions with 1.5 million other members - it's free and quick! Some forums can only be seen by registered members. After you **create your account**, you'll be able to customize options and access all our 15,000 new posts/day with fewer ads.

$5,000 in prizes will be awarded to most informative registered forum members in our contest!

Jump to **a detailed profile** or search site with
[City, County or Zip Code]

**Search Forums** (Advanced)

**Business Search** - **14 Million** verified businesses
Search for: [ ] near: [ ]

Start a New Thread

---

04-03-2014, 08:45 PM

**richardp20112012** *Original Poster*

2 posts, read 573 times
Reputation: 10

**cheated by lawyer, Mr. Jay Blazek, need advice from a helpless student**



**Ship Smart Inc.**
www.shipsmart.com
Save Money Shipping Small Amounts
of Furniture, Art. & Electronics Long Distances.
"Customer service was very helpful
and the packing was very professional."
- C.Hiawatha, Google+
Fast Estimates over the
Phone or Online!

Hi, folks, thanks for reading this post. My name is Richard, and I was an OSU PhD student. I need help and advice from the good Ohio people. It is about my experience of unfairly treated by my former lawyer, Columbus Bar Association (CBA) and the Disciplinary Council of Ohio. I hope to get help from you and the public.

My former lawyer, Mr. James Blazek, took advantage of my lack of legal knowledge, manually modified our original contract without my consent and falsely took my money of over $20,000. Columbus Bar Association and the Disciplinary Council ignored the obvious evidences that Mr. Blazek lied, and dismissed my grievance without any explanation. Below are some details.

I hired Mr. James Blazek as my attorney in late November 2011, for a "simple case" (as Mr. Blazek always described) that one of my bank accounts frozen by FBI. At the beginning Mr. Blazek estimated the total cost of his legal service was about $4000 all inclusive (including fees of printing, mailing, tax-reporting on my behalf, and consulting other lawyers and CPAs etc). I agreed and we had an oral agreement that Mr. Blazek would charge me at an $200 hourly rate. After our first meeting with FBI on November 30th 2011, Mr. Blazek asked me to transfer my other bank's money to his trust account, claiming that he could protect my other money from being frozen by FBI, which I did. From December 2011 to April 2012 the prime time of his representing we didn't have a written contract. I was naive enough to trust Mr. Blazek's integrity and believe that an oral agreement is legally enough. Until April 2012 when my FBI case was nearly settled and the rest was waiting for my funds to be returned from the government, Mr. Blazek suddenly asked me to sign the contract we should have signed 4 months ago. The contract contained two pages. The first page had an hourly rate of $200 and our signature was on the second page. Somehow he didn't give me a copy of the signed contract which later proved to be his "strategy". When the government returned my funds in July 2012, Mr. Blazek suddenly showed me a contract with some hand-modified terms on the first page that I did not recognize at all, and my signature was still on the second page. According to this faked contract, he charged me on a contingency term of 20% of the funds returned. He was greedy enough to even include the money I deposited into his trust account in the "funds returned", which totaled about $28,000. He refused to return my money from his trust account unless I agreed.

I have argued with him but he violently pushed me out of his office and threatened me with hard words. Without the proof of the original contract I have to be silent until I got help from another lawyer in another state. In 2013, I filed the grievance to Columbus Bar Association and then to Disciplinary Council of Ohio. However in despite of the obvious lies Mr. Blazek made to me, to CBA, and even to the Disciplinary Council my grievance was dismissed. The Disciplinary Council closed my case without any explanation but a decision! I feel very sad and helpless. I don't know where else to get help and to seek justice. It would be greatly appreciated if you, the good people, can help. I can be reached for more details and evidences at richardp20112012@gmail.com

Rate this post positively

---

**Columbus Foreclosure Atty**
ohiowlaw.com
Looking for a Foreclosure Attorney? Visit Our Foreclosure Law Firm!

---

04-04-2014, 04:29 PM

**thinkalot**

Location: Arizona
1,113 posts, read 576,139 times
Reputation: 2542

**Similar Thread**
- McCain cheat cheated with Obama or Bic Elections, 82
- Barneys (not kick off fashic 4 replies
- Anyone can Acadamy or I Antonio, 10 r
- have u ever Relationships
- Jay Science 8 High School),

**Active threads**
- Any tips on d professional: replies
- does a car in somebody?,
- Would it be t to forget sla History, 16 re
- Company I Ir Now Interest replies
- Man shoots h gun selfie, Cu

View detailed

See also detai

Do you really think that this is the place for this? How could any poster here help? I think you just wanted to complain about your attorney and drag his name down. Your post should be removed.

Rate this post positively

---

04-05-2014, 08:59 AM

**richardp20112012** Original Poster

2 posts, read 573 times
Reputation: 10

Thanks for reply. This forum is for discussion of issues regarding living in this city. Posters here have various background including people who are familiar with legal issues and would like to help. I believe this is the right place.

I have complained to Columbus Bar Association and Court of Disciplinary but they ignored the obvious facts and gave no explanation at all. I also tried other legal ways. The only left way is consulting the public. I believe the good Ohio people may have some ideas or suggestions to help me seek justice in this democratic country.

Again, thanks for reading this.

> Quote:
> Originally Posted by **thinkalot**
> Do you really think that this is the place for this? How could any poster here help? I think you just wanted to complain about your attorney and drag his name down. Your post should be removed.

Rate this post positively

---

04-05-2014, 05:28 PM

**bjimmy24**

Location: Boston, MA
2,626 posts, read 1,482,842 times
Reputation: 1974

Sorry, this is definitely not a good place for legal advice. Wasting your time here.

Rate this post positively

---

Please **register** to post and access all features of our very popular forum. It is free and quick. Over $68,000 in prizes has already been given out to active posters on our forum. Additional giveaways are planned.

Detailed information about all U.S. cities, counties, and zip codes on our site: **City-data.com**.

Recently visited
- Ohio

Like 11,538 people like this. Be the first of your friends.

Hide this Facebook widget

 Please **update this thread** with any new information or opinions. This open thread is still read by thousands of people, so we encourage all additional points of view.

(i) If you reply, this thread will be **bumped to the top** of the forum.

**Quick Reply**

Message:

Post Quick Reply

« Previous Thread | Next Thread »



Data: Median household income ($)

City, State, County or Zip Code | Get link | Most recent value | % change since 2k | Options