## IN THE UNITED STATES FEDERAL COURT
## SOUTHERN DISTRICT OF OHIO

PILLAR TITLE AGENCY,
et. al.,

Plaintiffs,

                                                         Case No. 2014CV-525

                                                         Judge: Sargus

vs.

Yezhe Pei,
et. al.

Defendants.

### VOLUNTARY DISMISSAL

Now comes Plaintiffs, Pillar Title Agency and James Blazek, to hereby notify the Court and all parties hereto, with their Notice of Voluntary Dismissal pursuant to Federal Rules of Civil Procedure 41(A). The claims against Yezhe Pei by Plaintiffs Pillar Title Agency and James Blazek remain pending before this Court.

                                                        S/S: Jay N. Blazek
                                                        Jay N. Blazek (0062510)
                                                        3857 N. High Street, Suite 300
                                                        Columbus, Ohio 43214
                                                        614-268-0410
                                                        fax: 614-268-0661
                                                        jamesblaze1793@gmail.com
                                                        Attorney for Plaintiff
                                                        Pillar Title Agency
                                                        and appearing pro se

## CERTIFICATE OF SERVICE

     A copy of this notice of dismissal has been sent this 19th day of September, 2014 to Louis Sirkin Attorney for the Defendant Advameg Corp., by electronic mail to hls@santen-hughes.com , Marc J. Randazza by electronic mail at ecf@randazza.com, and to Defendant YezhePei@gmail.com.

                                                  S/S: James N. Blazek
                                                  Attorney for the Plaintiffs.