**UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF OHIO**

FILED
RICHARD W. NAGEL
CLERK

2023 APR 10 PM 2: 36

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Pillar Title Agency
3857 North High Street, suite 300
Columbus, OH 43214

and

James N. Blazek
3857 North High Street, suite 300
Columbus, OH 43214

Plaintiffs,

Case No. 2014CV-525

Honorable Judge Sargus

Honorable Magistrate Judge Kemp

## MOTION TO EXPUNGE THIS CASE

vs.

Yezhe Pei
1077 River Rd, Apt 1006
Edgewater, NJ 07020

and

Yelp! Corporation
140 New Montgomery St
San Francisco, CA 94105
Tel: (415) 908-3801

Defendants.

April 3rd, 2023

## PETITION TO EXPUNGE THIS CASE

Dear Honorable Judges:

I am writing to petition that the Court expunge the record of Case 2014CV-525 from the Court's docket and the public record, pursuant to the applicable rules and procedures. I am the defendant in this case, and I have compelling reasons to seek expungement of the case.

Firstly, this is a civil case. The case was filed in 2014 and resolved by plaintiffs' voluntary dismissal of their complaints without prejudice in 2015, about 8 years ago. I believe that expunging the case would not cause any harm to the public interest or the administration of justice. The case was resolved without any finding of liability or wrongdoing of me, and there is no public interest in keeping the details of the case on the public record.

Secondly, only a limited number of documents of this case are available on the web (for example, by google). Readers usually do not get a complete picture about this case from these limited documents and may easily have biased opinions about either party of this case. I believe that expunging the case is necessary to protect our privacy and prevent any harm or prejudice to our reputation. The case involves personal and sensitive information that could be used against me or my family including my young children, and I would like to prevent this information from being publicly available.

Furthermore, having this case on the web, even if I was not found guilty, can still negatively impact my reputation. Some readers, including my potential employers may still have prejudice against me. This case may negatively impact me and my family by affecting job prospects, housing, and other opportunities.

Lastly, although I have written to some websites to remove this case, it still occasionally re-appears on the web and the potential harm to both parties' reputation still exists. I believe only expungement can eliminate such potential harm.

Based on the foregoing, I respectfully request that the Court grant this motion to expunge the case from the Court's docket, and that it issues an order to that effect.

Thank you for your attention to this matter.

Respectfully Submitted,

Yezhe Pei, PhD
1077 River Rd, Apt 1006
Edgewater, NJ 07020
Email: yezhepei@gmail.com